UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MENDONCA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YOUNG HEE LEE, et al.,<br><br>　　　　　　Defendants. | No.  2:24-cv-00994-JAM-CKD<br><br>ORDER<br><br>(ECF Nos. 3, 6) |

　　　　On August 26, 2024, the magistrate judge filed findings and recommendations to deny plaintiff's request to proceed in forma pauperis in this action, finding that plaintiff's application indicates he is not unable to pay the filing fee.  (ECF Nos. 3, 6.)  The findings and recommendations were served on plaintiff and advised plaintiff that no objections period was required.  See Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998), as amended (Sept. 9, 1998) (holding that plaintiffs are not entitled to file written objections to magistrate judge recommendation to deny IFP status).  Plaintiff has not filed objections.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations (ECF No. 6) are **ADOPTED IN FULL**;

////

1

2. Plaintiff's application to proceed in forma pauperis (ECF No. 3) is **DENIED**;

3. **Plaintiff is granted leave to satisfy the filing fee in $80 installments, beginning September 23, 2024 (or sooner if Plaintiff wishes), and allow for the clerk to issue a summons <u>after</u> the first installment is received**.

4. Plaintiff is warned that failure to satisfy the full filing fee according to the payment schedule (OR) by September 23, 2024 may result in dismissal under Federal Rule of Civil Procedure 41(b).

Dated: September 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE