UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MENDONCA, | No. 2:24-cv-00994-JAM-CKD (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| YOUNG HEE LEE, et al., | |
| Defendants. | |

On August 26, 2024, the Court issued Findings and Recommendations recommending denying Plaintiff Charlotte Mendonca's motion for leave to proceed in forma pauperis ("IFP"). (ECF No. 6.) On September 9, 2024, the District Judge adopted the Findings and Recommendations in full, denying Plaintiff's motion to proceed IFP and granting Plaintiff leave to satisfy the filing fee in $80 installments, beginning September 23, 2024 (or sooner if Plaintiff wishes), and allow for the clerk to issue a summons after the first installment is received. (ECF No. 7.) Plaintiff was warned that failure to satisfy the full filing fee according to the payment schedule or by September 23, 2024, could result in dismissal under Federal Rule of Civil Procedure 41(b). Id. at 2. That deadline has now passed, and the Court has not received the first $80 installment as required.

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, in writing, within 14 days, why her failure to pay the first $80 installment payment by September

1

23, 2024, should not result in a recommendation that this case be dismissed for failure to prosecute. The receipt of Plaintiff's first installment payment, or payment of the full filing fee, within this timeframe will serve as cause and will discharge this order. If Plaintiff fails to respond, the Court will recommend dismissal of this action pursuant to Local Rule 110.

Dated:  October 7, 2024

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, mend.0994.24