UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MENDONCA,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG HEE LEE, et. al.,<br><br>Defendants. | No.  2:24-cv-0994-JAM-CKD<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND ORDER TO SHOW CAUSE |

      On April 24, 2024, plaintiff, proceeding with counsel, filed the operative complaint. (ECF No.1.)  Plaintiff requested to proceed in forma pauperis. (ECF No. 3).  The court denied that motion but allowed plaintiff to pay the filing fee in installments, with the first installment due on September 23, 2024. (ECF No. 7.).  When plaintiff failed to pay the first installment, the court issued an Order to Show Cause directing plaintiff to show cause why her failure to pay as directed should not result in a recommendation that the case be dismissed for failure to prosecute. (ECF No. 8.)  When plaintiff failed to respond, the court issued Findings and Recommendations on October 30, 2024, recommending that the matter be dismissed and directing plaintiff to file any objections within 14 days. (ECF No. 9.)  No objections have been filed.

      The court has learned, however, that plaintiff's attorney is deceased. As the court cannot be sure that plaintiff has gotten notice of the court's filings, the court will sua sponte vacate the pending Findings and Recommendations and will issue a new Order to Show Cause as to why

1

this case should not be dismissed for failure to prosecute. If plaintiff has retained a new attorney, that attorney must enter an appearance on the docket.

The court also informs plaintiff that pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. Such a dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the court will allow plaintiff an opportunity to voluntarily dismiss this case should she wish to do so.

In accordance with the above, IT IS ORDERED:

1. The October 30, 2024, findings and recommendations (ECF No. 9) are VACATED;

2. Within 14 days of the date of this order, plaintiff shall SHOW CAUSE in writing as to why her failure to pay the filing fee, in installments or otherwise, should not result in a recommendation that this case be dismissed for failure to prosecute;

3. The Clerk of the Court is directed to send this order as well as the orders previously docketed as ECF Nos. 7, 8, and 9 to plaintiff at the business mailing address she provided in her IFP application[1]: Professional Tree Care Company, 2828 Eighth Street, Berkeley CA 94710

Dated: March 20, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD.0994.vac.fr

---

[1] As plaintiff is currently proceeding without an attorney it is her obligation to apprise the court of her current mailing address. Local Rule 183(b).