UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MENDONCA,<br><br>        Plaintiffs,<br><br>   v.<br><br>YOUNG HEE LEE, et al.,<br><br>        Defendants. | 2:24-cv-00994-JAM-CKD (PS)<br><br>ORDER TO SHOW CAUSE |

On April 24, 2024, plaintiff, proceeding with counsel, filed the operative complaint. (ECF No. 1.) On October 10, 2024, the court recommended dismissing plaintiff's claims without prejudice for failing to pay the filing fee after her motion to proceed in forma pauperis was denied. (ECF No. 9; see ECF Nos. 6, 7.) However, the court vacated the findings and recommendations after learning that plaintiff's attorney was deceased, and ordered plaintiff to show cause why her failure to pay the filing fee should not result in a recommendation that the case be dismissed for failure to prosecute. (ECF No. 10.) Plaintiff paid the filing fee, and is proceeding in the case without counsel.[1] (See Docket; ECF No. 12.) On April 4, 2025, the Clerk's office issued summons to serve defendants. (ECF No. 11.) The scheduling order required plaintiff to serve defendants within 90 days, and by 10 days after that, "file with the Clerk a certificate

---

[1] As such, this matter was referred to the undersigned under Local Rule 302(c)(21).

1

stating that the defendant was served under Rule 4." (See ECF No. 12 at ¶ 2.) This is also required by Rule 4 of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Despite the deadline, the record does not reflect that plaintiff has attempted service on defendants. Thus, plaintiff's complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiff shall file a statement with the court indicating the status of service, or any good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, will result in dismissal of plaintiff's case without prejudice.

Dated: October 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, mend.0994.24

2