UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MENDONCA, | Case No.  2:24-cv-00994-JAM-CKD (PS) |
| Plaintiff, | **ORDER** |
| v. | (ECF No. 14.) |
| YOUNG HEE LEE, et al., | |
| Defendants. | |

On December 08, 2025, the magistrate judge filed findings and recommendations (ECF No. 14), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are **ADOPTED IN FULL**;

2. Plaintiff's complaint is **DISMISSED without prejudice**; and

/ / /

/ / /

1

3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.


Dated: January 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2